# CRIMINAL COMPLAINT

| | District |
|---|---|
| **UNITED STATES DISTRICT COURT** | **ARIZONA** |
| UNITED STATES OF AMERICA<br>V.<br>**Francisco Javier GONZALEZ-Lopez**<br>Year of Birth: **1984**<br>Country of Citizenship: **Mexico**<br>A087 968 443<br>Case Control # **PTCA110300581** | DOCKET NO.<br><br>___ FILED   ___ LODGED<br>___ RECEIVED   ___ COPY<br><br>MAR - 9 2011<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY<br><br>MAGISTRATE CASE NO.<br>**11-04734MP** |

Complaint for violation of Title **8**   United States Code § **1325(a)(1)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>**United States Magistrate Judge** | LOCATION<br>**Tucson, Arizona** |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**March 03, 2011** | PLACE OF OFFENSE<br>At or near<br>**Lukeville, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Guanajuato, Mexico** |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
That on or about March 3, 2011, at or near Lukeville, Arizona, in the District of Arizona, Francisco Javier GONZALEZ-Lopez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**
Francisco Javier GONZALEZ-Lopez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Francisco Javier GONZALEZ-Lopez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on March 3, 2011, at or near Lukeville, Arizona.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE**
Border Patrol Agents(s) **LA COLLA, Joseph X., RUIZ, Felipe, CALDON, Sean M.**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA MSF | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>**Border Patrol Agent** |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**March 09, 2011** |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)